IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02593-MEH

THERESA M. HILL,

    Plaintiff,

v.

UNITED AIRLINES, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 5, 2016.**

    Plaintiff's Motion to Amend the Scheduling Order [filed February 5, 2016; docket #28] is **denied without prejudice** for failure to confer with Defendant on this Motion pursuant to D.C. Colo. LCivR 7.1(a). The Court notes it has recently explained to Plaintiff's counsel [*see* docket #24] that conferral is required and again asks counsel to adhere to this District's local rules.