IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02593-MEH

THERESA M. HILL,

    Plaintiff,

v.

UNITED AIRLINES, INC.,

    Defendant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 9, 2016.**

    The Joint Motion for Entry of Confidentiality Agreement and Stipulated Protective Order [filed March 8, 2016; docket #30] is **denied without prejudice**, and the proposed Stipulated Protective Order is refused. The parties are granted leave to re-file their motion and submit a revised proposed protective order that is **consistent** with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a **specific** mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89.

    In addition, the Court will not retain jurisdiction over matters in a closed case.

    The Court reminds the parties that, if they choose to re-file the motion, they must also provide the Court with a copy of the proposed order in useable format (Word, Word Perfect). They may email a copy of the proposed order to hegarty_chambers@cod.uscourts.gov.