IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02593-MEH

THERESA M. HILL,

    Plaintiff,

v.

UNITED AIRLINES, INC.,

    Defendant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 11, 2016.**

    For good cause shown, the Renewed Joint Motion for Entry of Confidentiality Agreement and Stipulated Protective Order [filed March 10, 2016; docket #32] is **granted**. The proposed Stipulated Protective Order is accepted and filed contemporaneously with this minute order.